JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER (CSBN 234969)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (415) 977-8928
Marla.Letellier@ssa.gov

Attorneys for Defendant

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| BIANCA JULIA HALMAGEAN, | Case No. 5:24-CV-02608-CV-DFM |
|---|---|
| Plaintiff, | |
| VS. | JUDGMENT RE  VOLUNTARY REMAND PURSUANT TO SENTENCE   FOUR OF 42 U.S.C. § 405(G) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand

pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

COURT ADJUDGES AND DECREES that judgment be entered for Plaintiff.

Dated this 14th day of April 2025.

_____
Douglas F. McCormick
United States Magistrate Court Judge